IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | 7:15-CR-00016-O(01) |
| ) | |
| MARK ANTHONY PEYSEN ) | |
| DEFENDANT ) | |
| ) | |
| ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 20 2020

CLERK, U.S. DISTRICT COURT
By _____ Deputy

## MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT

TO THE HONORABLE JUDGE Reed O'Conner

COMES NOW Mark Anthony Peysen, the Defendant, pro se, and respectfully moves this Honorable Court, pursuant to Compassionate Release?Reduction in Sentence:Procedures for Implementation of 18 U.S.C.§§3582(c)(1)(A) and 4205(g).An CARES ACT.

In support thereof, the defendant states as follows:

1. On February 22,2016, the Defendantwas sentenced to a term of imprisonment of 180 months, by this Honorable Court on one count of conspiracy to Distribute a Schedule II Controlled Substance in violation of 21 U.S.C.§ 846.

2. Pursuant to the Plea Agreement Defendant has up to this date 04-7-2020 has payed assessment of $100.00. Defendant has also completed Institutional Drug Treatment Classes both 14 hour and 40 hour.

3. Defendant has also completed several faith based programs as well as NA/AA as allowable at each unit.

4. Defendant also has taken and completed a vocational EPA HVAC Training Program and other classes. The Court may consider Post-Sentencing Conduct.

5. Defendant has worked at all times since being recieved in BOP. Has not been in any trouble and demostrated favorable conduct at all times and recieved no scores for behavior.

6. Defendant is 59years old and had Hep-C when admitted to BOP, prior to incarceration defendant was hospitalized for pneumonia /a acute inflammatory disease. Doctors said on my release that im immune compromised and suffer from multiple chronic

conditions that are in flux and predispose me to potenially lethal complcations and defendant assumes that if he were to contract COVID-19 I he would likely not be able to overcome it for lack of fighting off the infection.Defendant was in hospitial for over two weeks at the time.His records can be subpoenad from Doctors Hospitial,231 South Collins Rd, Sunny Vale,75182- 972-892-3000.

7.Defendant is housed at Forrest City,Ar Low/Camp and as ofApril 2,2020 we are locked down and this unit has several cases of the COVIN-19 Virus. Defendant has mail letter to Warden but for fear of the speed at which this which virus is spreading I had to address the court with my issues.Defendant cannotpractice effective social distancing and hygeine to minimize my risk of exposure.This leaves me vulnerble to infection if I contracted it and had been compromised.

8.the circumstances I face in this prison system are highly contagious,potentially globalpandemic are precedented.Its not a strech to call the conditions and enviroment"Extra ordinary and Compelling" At my Age and condtion I would not recover.

9.Defendant has a home at 3217 Euel ,Wichita Falls Tx,76306.I am married and have a Contruction Company ,MAP Construction.I would stay in home till outbreak is over.Then start to work and continue to serve my time as a productive member of society and not use drugs or be around people who do them.Fulfilling my obiligations to the Court.

**Wherefore** ,based on conditions and health of Defendant I pray the Honorable Court to Grant this Motion and reduce sentence to Home Confindment .
**Respectfully Submitted on this 7 day of april,2020.**

*Mark Peysen*
Mark Peysen # 50201-177
Pro Se
Federal Prison Camp
P.O.BOX 8000
Forrest City,Ar   72336

## Declaration

I, Mark Anthony Peysen, declare under Penlty of Perjury under The Law of the United States of America thatthe Forgoing is True and Correct 28 U.S.C.§ 1746, 18 § 1621

## Certificate(Proof)of Service

I ,the undersigned,do hereby certify that i have served a copy of this motion upon the Clerk of Court via United States Postal Service,properly addressed,First Class Poastage prepaid.The defendant further requests that (his) motion be forwarded to all interested parties,via the CM/ECF SYSTEM,as he is indigent and has no other means.

Respectfully Submitted

*Mark Peysen*

Mark Peysen 50201-177
Federal Prison Camp
P.O.Box 8000
Forrest City,AR 72336

Sign and dated this day of April 7,2020

Case 7:20-cv-00048-O   Document 1   Filed 04/20/20   Page 4 of 7   PageID 4

```
REGISTER NO: 50201-177    NAME..: PEYSEN              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

---------------------------- EDUCATION INFORMATION ----------------------------
```
FACL  ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP DATE/TIME
FOR   ESL HAS     ENGLISH PROFICIENT          05-10-2016 0001 CURRENT
FOR   GED HAS     COMPLETED GED OR HS DIPLOMA 05-10-2016 0826 CURRENT
```

----------------------------- EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FOR SCP | EPA TEST PREP 5:30P-6:30P | 07-05-2019 | CURRENT | | | | |
| FOR SCP | VIDEO ENROLL; EMPLOYMENT C2 | 07-30-2019 | 07-30-2019 | P | C | P | 1 |
| FOR SCP | HANDS ON HVAC, 530P-630P | 01-04-2019 | 03-19-2019 | P | C | P | 10 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 05-23-2018 | 05-23-2018 | P | C | P | 5 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 08-02-2017 | 08-02-2017 | P | C | P | 5 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 04-12-2017 | 05-31-2017 | P | C | P | 5 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 03-29-2017 | 03-29-2017 | P | C | P | 5 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 03-15-2017 | 03-15-2017 | P | C | P | 5 |
| FTW GP | RELEASE PREP - NARCOTICS ANON | 12-12-2016 | 02-08-2017 | P | C | P | 5 |
| FTW GP | NARCOTICS ANONYMOUS | 09-28-2016 | 11-09-2016 | P | C | P | 5 |
| FTW GP | RPP6 OVERCOMERS | 07-12-2016 | 10-04-2016 | C | C | P | 24 |
| FTW GP | NARCOTICS ANONYMOUS | 08-31-2016 | 09-28-2016 | P | C | P | 5 |
| FTW GP | NARCOTICS ANONYMOUS | 07-13-2016 | 08-03-2016 | P | C | P | 5 |

*Given to inmate* (handwritten annotation with signature)

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
REGISTER NO: 50201-177      NAME..: PEYSEN                 FUNC: PRT
FORMAT.....: REVIEW         RSP OF: FOR-FORREST CITY FCI

--------------------------- LITERACY PROGRAM ----------------------------
10-25-2018 /REVIEW /FOR/CRA         /FOR
              TYPE: INITIAL    (ESL/GED HAS; VT, ACE, PSE, REC        )
                               (APPRENTICE, PARENT, ERC, LIB          )
05-10-2016 /REVIEW /FTW-LH          /FTW
              TYPE: INITIAL    (GED 6-21-1988 TX CERT#53004           )

--------------------------- ESL PROGRAM --------------------------------
10-25-2018 /REVIEW /FOR/CRA         /FOR
              TYPE: INITIAL    (ESL/GED HAS; VT, ACE, PSE, REC        )
                               (APPRENTICE, PARENT, ERC, LIB          )
05-10-2016 /REVIEW /FTW-CR          /FTW
              TYPE: INITIAL    (ESL HAS PER INITIAL INTERVIEW         )

--------------------------- OTHER PROGRAM ------------------------------
07-30-2019 /REVIEW /FOR/WDP         /FOR
              RMKS: PROGRAM    (RPP VIDEO SERIES                      )
              TYPE: OTHER      (TITLE: INTRODUCTION TO BUSINESS, PART 1 )
```

*Given to inmate* (handwritten annotation with signature)

G0000          TRANSACTION SUCCESSFULLY COMPLETED

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MR Hendrix (Warden) | 4-3-2020 |
| FROM: MARK A. PEYSEN | REGISTER NO.: 50201-177 |
| WORK ASSIGNMENT: Rec Maint | UNIT: OZARK |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Sir, I am 59 yrs old and even before entering BOP. I was in Hosptial 15 day with severe respicaty problem compound by the penemonia. I was in Doctor Hospital in Sunny valle, Tx. I was told on leaving there my system would not handle anything like it again. Along with Hep-C my system is very comprimised. You sir can grant me compassionate release. I'm susceptible to the dava stating effects of COVID-19. I have worked all the time here. Never had a case. And respected all and help educate myself and done all drug classes. Please help me in this matter.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86



MARK DEYSEN
52201-177
[illegible] Camp
[illegible City], AZ [illegible]

United States District Court
Office of the Clerk
Northern District of Texas
1000 Lamar St., Room 203
Wichita Falls, TX 76301-3425

MEMPHIS TN 380
13 APR 2020 PM 3 L

RECEIVED
APR 20
[DIST]RICT COURT
[DIST] OF TEXAS

76301-343153